STATE OF NEW JERSEY v. J.S.

May 24, 1988.

Petition for certification denied. (See 222 *N.J.Super.* 247)

STATE OF NEW JERSEY v. HOWARD GRIFFITH.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARDO K. WILLIAMS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT STROHSHEINE.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GONZALEZ.

May 24, 1988.

Petition for certification denied. (See 223 *N.J.Super.* 377)